FILED

09/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0396

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0396

_____

IN RE MARRIAGE OF:

CLINTON ANDERSON,

      Petitioner and Appellee,

  and

ANGELINA ROSE RUFFATO,

      Respondent and Appellant.

_____

O R D E R

The record was filed for purposes of this appeal on August 12, 2024.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than October 21, 2024.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2024